Robert A. Mautino
Mautino & Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-mail: bob@mautino.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reza Khosravani,<br><br>Plaintiff<br><br>-vs-<br><br>Michael Chertoff, Secretary, Emilio Gonzalez, Director, Paul Pierre, District Director, Department of Homeland Security and Michael Mukasey, Attorney General<br><br>Defendants | No. '08 CV 0220 W CAB<br><br>COMPLAINT FOR MANDAMUS RELIEF IN RE NATURALIZATION APPLICATION<br><br>CIS No's: A055-126-378<br>          WSC *001590413 |

Plaintiff, by his attorney, complaining of Defendants, alleges as follows:

1. Plaintiff is a lawful permanent resident who resides within the jurisdiction of this Court. Plaintiff's claim to relief arises under 8 U.S.C. 1421, et seq.

2. Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS). Emilio Gonzalez is the Director of the bureau of Citizenship and Immigration Services (CIS) of the DHS, Paul Pierre is the District Director of the San Diego District of the CIS, and Michael Mukasey is the Attorney General of the United States. All Defendants are sued herein in their official capacities. Defendants are in charge of the processing and adjudication of applications for naturalization.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651 and 5 U.S.C. 701 et seq., and relief is requested pursuant to said statutes.

4. The Plaintiff filed an application for naturalization with the Defendants in September of 2006, and he was fingerprinted about three weeks later. However, he has never been examined on his application as contemplated in 8 U.S.C. 1446(b).

5. The Plaintiff has inquired many times of Defendants as to the status of his application. He has written personal letters to Defendants Chertoff and Mukasey as well as to the Director of the Federal Bureau of Investigation (FBI), both California Senators, the First Lady and Representative Bilbray. The general response was that the Defendants were awaiting some kind of "clearance" or "check". As of February of 2008, the checks have apparently still not been completed.

6. The Defendants' internet inquiry site reports, as of January 15, 2008, that naturalization applications like that of the Plaintiff are being scheduled for interview within about seven months of receipt. The Plaintiff has been waiting now over sixteen months.

7. The failure of Defendants to move forward with the Plaintiff's application has effectively denied him the opportunity to become an American citizen.

8. The Plaintiff has exhausted his administrative remedies.

9. The Defendants' refusal to act on the Plaintiff's application is arbitrary and not in accord with the law and regulations, and the Plaintiff has been greatly damaged thereby.

//

10. The Defendants, in violation of the law and regulations, are unlawfully withholding or unreasonably delaying action on the Plaintiff's application and have failed to carry out the adjudicative and administrative functions delegated to them by law with regard to Plaintiff's application.

WHEREFORE, Plaintiff prays:

That the Defendants be ordered to move forward with Plaintiff's application for naturalization and schedule him for interview, and

That the Court award such other and further relief as to this Court may seem reasonable and proper.

Dated: 02/04/2008

Robert A. Mautino
Mautino & Mautino
Attorney for Plaintiff

```
            UNITED STATES
            DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

            # 147237     - BH

            February 05, 2008
                10:35:29

            Civ Fil Non-Pris
   USAO #.: 08CV0220 CIIVL FILING
   Judge..: THOMAS J WHELAN
   Amount.:                $350.00 CK
   Check#.: BC# 10682



   Total->    $350.00



   FROM: KHOSRAVANI V. CHERTOFF ET AL
         CIVIL FILING
```

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Reza Khosravani

**DEFENDANTS**
Michael Chertoff, et al.

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
08 FEB 5 AM 11:00
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101 (619) 235-9177

Attorneys (If Known)

'08 CV 0220 W CAB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- xx 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ |

## V. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability

**TORTS**
PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury— Med. Malpractice
- ☐ 365 Personal Injury— Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- xx 890 Other Statutory Actions

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

## ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- xx Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## CAUSE OF ACTION (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. 1421; suit in mandamus to compel administrative action

## I. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes xx No

## II. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE 02/04/2008
SIGNATURE OF ATTORNEY OF RECORD
[signature]

FOR OFFICE USE ONLY
RECEIPT # 147237 AMOUNT $350 2/5/08 BH APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____