Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 5 AM 11: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

Reza Khosravani

vs

Michael Chertoff, Secretary,
Emilio Gonzalez, Director
Paul Pierre, District Director
Department of Homeland Security
and Michael Mukasey, Attorney
General

**SUMMONS IN A CIVIL ACTION**
Case No.

**'08 CV 0220 W CAB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101
(619) 235-9177

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

2/5/08
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)