KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA KHOSRAVANI, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director of U.S.C.I.S; PAUL PIERRE, District Director of U.S.C.I.S.; MICHAEL MUKASEY, U.S. Attorney General, <br><br> Defendants. | Case No. 08cv0220-W (CAB) <br><br> NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS OR ALTERNATIVELY, TO REMAND TO U.S. CITIZENSHIP AND IMMIGRATION SERVICES <br><br> Date: May 12, 2008 <br> Time: 10:30 a.m. <br> Crtrm: 7 <br> The Honorable Thomas J. Whelan <br><br> **No Oral Argument Pursuant to Local Rule** |

**TO THE COURT AND PLAINTIFF THROUGH COUNSEL:**

Please take notice that on the date set forth above or as soon thereafter as counsel may be heard, in the courtroom of the Honorable Thomas J. Whelan, federal Defendants, through their attorneys of record, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant U.S. Attorney, will bring on their motion to dismiss Plaintiff's Complaint under Federal Rule of Civil Procedure 12(b) or alternatively to remand the above captioned matter to United States Citizenship and Immigration Service ("USCIS"). Plaintiff need not appear for oral argument unless requested by the Court.

1  This motion to dismiss is based on the grounds that the Court lacks subject matter jurisdiction over the Complaint and that Plaintiff has failed to state a claim upon which relief may be granted. The alternative motion to remand to USCIS is based on the grounds that the necessary background investigations related to Plaintiff's application for naturalization are ongoing and that USCIS is in the best position, once those investigations are complete, to rule upon Plaintiff's application for naturalization in the first instance.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Plaintiff's Complaint, the Court's files and records in this and pending related actions, and any other matter the Court may consider at oral argument or otherwise.

Dated: April 7, 2008

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

s/ Megan Callan

MEGAN CALLAN
Assistant U.S. Attorney
Counsel for Defendants
Email: Megan.Callan@usdoj.gov