1 KAREN P. HEWITT
United States Attorney
2 MEGAN CALLAN
Assistant U.S. Attorney
3 California State Bar No. 230329
U.S. Attorney's Office
4 880 Front Street, Room 6293
San Diego, CA 92101-8893
5 Telephone: (619) 557-7120
Facsimile: (619) 557-5004
6 E-mail: Megan.Callan@usdoj.gov

7 Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA KHOSRAVANI,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>　　　　　　Defendants. | Case No. 08cv0220-W (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

　　　I am not a party to the above-entitled action. I have caused service of: (1) NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS OR ALTERNATIVELY TO REMAND TO USCIS; (2) MEMORANDUM OF POINTS AND AUTHORITIES SUPPORTING DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY TO REMAND TO USCIS (with attached Exhibits A-D) on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

　　　Robert Mautino
　　　Counsel for Plaintiff
　　　bob@mautino.org

　　　I declare under penalty of perjury that the foregoing is true and correct.

　　　Executed on April 7, 2008.

　　　　　　　　　　　　　　　　　　　s/ Megan Callan
　　　　　　　　　　　　　　　　　　　Megan Callan