KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California State Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA KHOSRAVANI,<br><br>                    Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary, Department of Homeland Security; EMILIO GONZALEZ, Director of U.S.C.I.S; PAUL PIERRE, District Director of U.S.C.I.S.; MICHAEL MUKASEY, U.S. Attorney General,<br><br>                    Defendants. | Case No. 08cv0220-W (CAB)<br><br>JOINT MOTION TO EXTEND TIME TO FILE REPLY BRIEF<br><br>**No Oral Argument Pursuant to Local Rule** |

COME NOW THE PARTIES, Reza Khosravani, by and through his counsel, Robert A. Mautino, and Michael Chertoff, Secretary, Department of Homeland Security, et al., by and through their counsel, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant U.S. Attorney, and hereby jointly request an extension of time for Defendants to file their reply brief, Reply in Support of Defendants' Motion to Dismiss or Alternatively to Remand to U.S. Citizenship & Immigration Services.

Defendants filed their Notice of Motion and Motion to Dismiss or Alternatively to Remand to U.S. Citizenship & Immigration Services, along with supporting Memorandum of Points and Authorities and attached exhibits (the "Motion") on April 7, 2008.  (Doc. no. 3).

1  The Court set May 12, 2008 for the hearing date on the Motion. According to CivLR 7.1(e)(2), Plaintiff's Response in Opposition to the Motion was due no later than April 28, 2008. Plaintiff filed his Opposition on May 4, 2008. Defendants do not object to the untimely filing but request an extension in order to reply to the Opposition.

The parties have not previously requested such an extension. The parties have agreed that Defendants may file their Reply in Support of Defendants' Motion to Dismiss or Alternatively to Remand to U.S. Citizenship & Immigration Services on or before May 12, 2008. The parties do not request oral argument pursuant to Local Civil Rules, and accordingly, the parties believe that this delay in filing will not cause inconvenience or prejudice to any party or to the Court.

For the foregoing reasons, the parties jointly request that Plaintiff's Opposition (Doc. no. 4) be deemed timely filed and that the time for filing of Defendant's Reply in Support of Defendants' Motion to Dismiss or Alternatively to Remand to U.S. Citizenship & Immigration Services be extended until May 12, 2008.

Dated:    May 5, 2008                    s/ Robert A. Mautino
                                         Counsel for Plaintiff
                                         E-Mail: Bob@mautino.org

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Robert A. Mautino to affix his electronic signature to this document.

Dated:    May 5, 2008                    Respectfully submitted,
                                         KAREN P. HEWITT
                                         United States Attorney

                                         s/ Megan Callan

                                         MEGAN CALLAN
                                         Assistant U.S. Attorney
                                         Counsel for Defendants
                                         Email: Megan.Callan@usdoj.gov