1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California State Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Counsel for Defendants

8

9              UNITED STATES DISTRICT COURT

10            SOUTHERN DISTRICT OF CALIFORNIA

11

12 REZA KHOSRAVANI,                  )    Case No.  08cv0220-W (CAB)
                                     )
13                                   )
                   Plaintiff,        )
14                                   )    CERTIFICATE OF SERVICE
        v.                           )
15                                   )
                                     )
16 MICHAEL CHERTOFF, et al.,         )
                                     )
17                                   )
                   Defendants.       )
18 _____ )

19 IT IS HEREBY CERTIFIED THAT:

20     I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My
   business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
21
       I am not a party to the above-entitled action.  I have caused service of: JOINT MOTION TO
22 EXTEND TIME TO FILE REPLY BRIEF on the following party by electronically filing the foregoing
   with the Clerk of the District Court using its ECF System, which electronically provides notice.
23
       Robert Mautino
24     Counsel for Plaintiff
       bob@mautino.org
25
       I declare under penalty of perjury that the foregoing is true and correct.
26
       Executed on May 5, 2008.
27
                                   s/ Megan Callan_____
28                                 Megan Callan