# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA KHOSRAVANI,<br><br>                   Plaintiff,<br>vs.<br>MICHAEL CHERTOFF, et. al.,<br>                   Defendants. | CASE NO. 08-CV-0220 W (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO FILE REPLY (Doc. No. 5)** |

On May 5, 2008 Plaintiff Reza Khosravani ("Plaintiff") and Defendants Michael Chertoff, et. al. ("Defendants") jointly moved for an extension of time for Defendants to file a reply brief. (Doc. No. 5.) In turn, Defendants do not object to the untimely filing of Plaintiff's opposition brief. Good cause showing, the Court hereby **GRANTS** the parties' joint motion. Defendant shall have until <u>May 12, 2008</u> in which to file their Reply and Plaintiff's Opposition is deemed timely.

**IT IS SO ORDERED.**

DATED: May 6, 2008

_____
Hon. Thomas J. Whelan
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28