# UNITED STATES DISTRICT COURT

### Southern District of California

Reza Khosravani

                      Plaintiff,

v.                                          Case No.: 3:08–cv–00220–W–CAB
                                                         Judge  Thomas J. Whelan

Michael Chertoff, et al.

                      Defendant.

### JUDGMENT IN A CIVIL CASE

_____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Court grants Defendants' motion and dismisses without prejudice Plaintiff's Complaint in Mandamus.

                                                                                         W. Samuel Hamrick, Jr.,
                                                                                                       Clerk of the Court

Date: 5/13/08

                                                                         By: s/ A. Everill, Deputy Clerk

                                                                         ENTERED ON: May 13, 2008